# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL M. GARSON | CASE NUMBER: |
| Plaintiff(s), | 8:18–cv–02152–DOC–KES |
| v. | |
| GLOBAL TEL*LINK CORPORATION | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    2/6/2019

Document Number(s):    14

Title of Document(s):    Notice of Appearance

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Notice of Appearance or Withdrawal of Counsel G123

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  February 8, 2019            By:  _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS