**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
Nicholas R. Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

[Additional Counsel on Signature Page]

*Attorneys for Plaintiff,*
Joel M. Garson

**Kazerouni Law Group, APC**
Costa Mesa, California

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOEL M. GARSON, Individually and On Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**GLOBAL TEL\*LINK CORPORATION a/k/a GLOBAL TEL LINK CORPORATION,**<br><br>**Defendant**. | **Case No: 8:18-cv-2152-DOC-KES**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Case No.: 8:18-cv-02152-DOC-KES                    *Garson v. Global Tel\*Link Corporation*
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joel M. Garson voluntarily dismisses the action in its entirety, without prejudice.  Therefore, the Court may proceed to dismiss the action in its entirety without prejudice.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

Date:  February 11, 2019

By:  /s/ Jason A. Ibey
     Jason A. Ibey, Esq.
     ak@kazlg.com
     *Attorney for Plaintiff*

**Additional Plaintiff's Counsel:**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**Kazerouni Law Group, APC**
Costa Mesa, California